ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL GAYLE HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-00379-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from June 8, 2026 to July 23, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to staffing reductions and organizational changes, the undersigned counsel for the Commissioner has received many additional cases requiring answers and briefing, including the instant case, which was recently reassigned to her. The undersigned is

also responsible for jurisdictional coordination matters and miscellaneous litigation cases, which arise unexpectedly and may require time-sensitive action.  The undersigned was also out of the office for eight days at the end of May assisting an aged parent.  For these reasons, counsel for the Commissioner needs additional time in the instant case in order to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: June 1, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Jun. 1, 2026]


Dated: June 1, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:     */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on July 23, 2026 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

DATED: June 1, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE